EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 08 2004

at \_\_\_ o'clock and \_\_\_ min \_\_M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04 00258 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §922(g)(1); 18 |
| KEVIN JOSEPH MCANDREWS, | ) | U.S.C. §924(a)(2)] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about June 26, 2004, in the District of Hawaii, the defendant, KEVIN JOSEPH MCANDREWS, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, ammunition, to wit, 19 rounds of .32 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: ____7-8____, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. KEVIN JOSEPH MCANDREWS
Cr. No. _____
"Indictment"

2