EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | Cr. No. 04-00258-001 |
|---|---|---|
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| vs. | ) | AND RELEASE OF NOTICE OF LIEN |
| Kevin Joseph McAndrews, | ) | |
| Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

      The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on April 11, 2005, a Judgment in a Criminal Case was entered against Kevin Joseph McAndrews (SSN: XXX-XX-3667) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $100.00, a fine of $2,400.00 and a restitution of -0-.

      A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on April 26, 2005 at the Bureau of Conveyances, State of Hawaii, Document No. 2005-082225.

      The special assessment, fine, and/or restitution amounts have been fully satisfied.

      DATED: <u>May 16, 2006</u>, at Honolulu, Hawaii.

                                   EDWARD H. KUBO, JR.
                                   United States Attorney
                                   District of Hawaii

                                 /s/ Edric M. Ching

                                 By:_____
                                     EDRIC M. CHING
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff

213.wp